IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates Only to the
Cases Identified on the Attached List
(Hereinafter referred to as CVLO-7)

FILED
APR 12 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Civil Action No:
MDL 875

## SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER FOR CVLO-7

**AND NOW**, this 11th day of April, 2012, after discussing with the parties on multiple occasions the necessity of altering the scheduling orders <u>and the case lists associated with those scheduling orders</u>, **IT IS HEREBY ORDERED THAT**, as to the cases identified on the attached list, the following discovery and pretrial management deadlines shall apply[1]:

1. Plaintiffs must submit to the defendants and to the court a list of viable defendants who they are unlikely to voluntarily dismiss in each of these cases by: <u>July 1, 2012</u>

2. All remaining fact discovery must be completed by: <u>October 1, 2012</u>

3. Plaintiffs must provide a list of defendants in each case that plaintiffs are willing to voluntarily dismiss by: <u>October 15, 2012</u>

4. Plaintiffs' expert reports must be filed by: <u>November 5, 2012</u>

5. Defendants' expert reports must be filed by: <u>November 26, 2012</u>

6. All expert discovery must be completed by: <u>December 3, 2012</u>

7. Any dispositive motions (including any dispositive *in limine* claims) must be filed by: <u>January 4, 2013</u>

8. Responses to any dispositive motions must be filed by: <u>January 18, 2013</u>

9. Replies to any dispositive motions must be filed by: <u>January 25, 2013</u>

10. The parties have advised us that they anticipate that the plaintiffs will not need to file expert reports on the reasonableness and necessity of the medical expenses, as the

---

[1] The court presumes that the parties have now complied with any expired deadlines from the previous scheduling order.

parties likely will agree on this issue. We acknowledge that each defendant may decide to dispute such expenses in any given case, and will deal with those disputes accordingly. However, given the likelihood of such agreements and to the extent necessary, plaintiffs shall not be obligated to file such expert reports until after dispositive motions have been adjudicated or suggestions for remand have been filed.

11. Responses to requests for documents and other paper discovery must be served in accordance with the Federal Rules of Civil Procedure, unless subject to a written agreement by the parties.

12. Depositions and certain discovery are to be governed by the Federal Rules of Civil Procedure, as modified by the August 4, 2011 Deposition Protocol (amended on April 2, 2012) (08-90330 Doc. No. 87, Exh. A), the November 9, 2011 Medical Records Collection Protocol (01-MD-875 Doc. No. 8262), the December 14, 2011 Rules and Procedures Relating to the Authorization for Release of Bankruptcy Records (01-MD-875 Doc. No. 8318), as well as any future protocol agreed to by the parties and approved by the Court.

13. The role of defense liaison counsel will be to coordinate communications between the defense and the Court and to work with plaintiffs' counsel to come to agreement on broad issues. However, to the extent any party should have a particular objection or issue with regard to any case, that party is free to deal with plaintiffs' counsel directly.

14. A settlement conference, with client representatives to be in attendance in person, shall take place at such time as the Court, upon the recommendations of the parties or otherwise, deems appropriate.

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

| LAST | FIRST | PAED |
|---|---|---|
| Anderson | Gerald | 08-CV-89997 |
| Ayers | Mark | 08-CV-91953 |
| Barden | Leroy | 09-CV-64610 |
| Beck | Ronald | 09-CV-64685 |
| Bednar | Thomas | 09-CV-61497 |
| Bennett | Bob | 08-CV-91585 |
| Benson | Harold | 10-CV-64563 |
| Bey | George | 08-CV-89979 |
| Brattoli | John | 08-CV-90088 |
| Brigham | George | 08-CV-89984 |
| Brooks | Ray | 08-CV-92194 |
| Bryan | William | 08-CV-89866 |
| Burton | Alice | 08-CV-92139 |
| Campbell | Elmer | 10-CV-61341 |
| Carlson | Neil | 10-CV-67533 |
| Carmichael | James | 10-CV-67545 |
| Conner | George | 09-CV-61817 |
| Cyril | Svatek | 11-CV-64036 |
| Daily | John | 10-CV-69003 |
| D'Amico | Carmen | 10-CV-67534 |
| Daniels | Jimmie | 08-CV-92259 |
| Deloach | Thomas | 08-CV-90144 |
| Dodd | Carl | 08-CV-91578 |
| D'Ottavio | Nello | 10-CV-67554 |
| Edwards | Terry | 08-CV-92137 |
| Engelman | Patrick | 09-CV-60939 |
| Eulgen | Louis | 12-CV-60019 |
| Fadler | Donald | 08-CV-90220 |
| Ferrell | Paul | 08-CV-89885 |
| Fisher | Charles | 09-CV-61807 |
| Fourte | Morris | 08-CV-90083 |
| Gaddy | Clifford | 08-CV-90081 |
| Grimes | William | 08-CV-91780 |
| Hammonds | Barry | 08-CV-91347 |
| Howard | Rodney | 09-CV-61694 |
| Jakes | MC | 10-CV-67681 |
| Jurglanis | Clemens | 12-CV-60003 |
| Kalis | Robert | 08-CV-92175 |
| Koch | Hans | 08-CV-91082 |
| Kowalewski | Walter | 11-CV-64039 |
| Krueger | Glenn | 12-CV-60020 |
| Lehr | Christ | 08-CV-89475 |
| Letner | Willis | 08-CV-88535 |
| Maio | Tony | 09-CV-60465 |
| McClain | Wallace | 08-CV-89814 |
| McKibben | Lloyd | 08-CV-90126 |

| | | |
|---|---|---|
| Mea | William | 08-CV-89983 |
| Muffler | William | 08-CV-89976 |
| Mutschler | Richard | 10-CV-61339 |
| Nehlsen | Michael | 08-CV-91893 |
| Newell | Kenneth | 10-CV-68145 |
| Passarelli | William | 08-CV-91235 |
| Pasterski | John | 11-CV-64037 |
| Pause | Lauren | 11-CV-64034 |
| Pfile | James | 10-CV-67815 |
| Pulido | Alfonso | 10-CV-67680 |
| Richardson | David | 08-CV-91027 |
| Roberson | Freddie | 08-CV-90080 |
| Romanetto | Gary | 08-CV-90048 |
| Sasveld | John | 08-CV-91307 |
| Scott | Thomas | 08-CV-91314 |
| Scrogham | Donald | 08-CV-90002 |
| Shambaugh | Burton | 08-CV-90331 |
| Shotts | Edward | 08-CV-89502 |
| Simmons | Joseph | 09-CV-64687 |
| Sims | Willie | 08-CV-90226 |
| Sjaaheim | Kenneth | 08-CV-91017 |
| Skinner | Morrison | 08-CV-89480 |
| Smith | Leo | 08-CV-90276 |
| Smith | James | 10-CV-67674 |
| Spychalla | Leonard | 12-CV-60004 |
| Stirsman | Elmon | 10-CV-69017 |
| Taylor | James | 08-CV-91881 |
| Travis | Jim | 08-CV-90170 |
| Trodden | Robert | 08-CV-90119 |
| Waldrip | Melville | 08-CV-88491 |
| Watson | Harold | 12-CV-60018 |
| White | Shirley | 08-CV-90171 |
| Williams | Eddie | 08-CV-90000 |
| Williams | Bruce | 08-CV-91282 |

**MAILED:**

| | | | |
|---|---|---|---|
| AMBER ACHILLES | DONALD BROAD | JOSEPH O'HARA | PETER CARLSON |
| ANDREW CROSS | EDWARD HARNEY | JOSHUA MURPHY | PETER HATTON |
| ANDREW KOLB | ELIZABETH HARVEY | K. CAREY | R. MUTH |
| ANDREW LEVINE | FRANCIS MORRISSEY | KARL KOONS | R. STOMMEL |
| ANDREW WOLF | GARY SMITH | KEITH HAYS | RICHARD BAKER |
| BILLEE WARD | GREGORY CERULO | KELLY CHERF | RICHARD BOLTON |
| BRIAN EBENER | HEIDI OERTLE | KELLY MCCLOSKEY | RICHARD CHAPIN |
| BRIAN FIELDS | J. GASS | KENNETH GORENBERG | RICHARD LONG |
| BRUCE KAMPLAIN | JACK BLOCK | KEVIN REID | RICHARD STEINKEN |
| BRUCE MARR | JAMES CULHANE | KRISTIN ACHTERHOF | ROBERT HALEY |
| C. KOEBELE | JAMES FIEWEGER | KRISTINE KRAFT | ROISIN BELL |
| CAROL TATE | JAMES HAFELE | LAURA O'CONNELL | ROSEANNE LOFTUS |
| CHARLES DARGO | JAMES HICKEY | LAURE FLANIKEN | RUSSELL HOOVER |
| CHRISTOPHER RAISTRICK | JAMES JACKSON | LIMO CHERIAN | SCOTT KYROUAC |
| CLARKE GILLESPIE | JAMES WHEELER | LISA WARWICK | SEAN MACK |
| DANIEL CHEELY | JAMES WILLIAMS | MARK JOHNSON | STEPHEN KRAVIT |
| DANIEL FARROLL | JAN DODD | MARK RAKOCZY | STEPHEN MAASSEN |
| DANIEL OVERBEY | JEFFERY MATTHEWS | MAUREEN KELLY | STEVEN CELBA |
| DAVID BARTEL | JEFFREY REEL | MAUREEN MUNRO | STEVEN SANDERS |
| DAVID COLLINS | JENNIFER FARDY | MELISSA SKILKEN | SUSAN GUNTY |
| DAVID JONES | JENNIFER SEIDLER | MICHAEL CIESLEWICZ | TANYA BELL |
| DAVID MORRIS | JEROME KRINGS | MICHAEL CONNELLY | THADDEUS STANKOWSKI |
| DEAN PANOS | JILL RAKAUSKI | MICHAEL HENNIG | THOMAS EHRHARDT |
| DEBORAH SOLMOR | JOEL POOLE | MICHAEL HUGHES | THOMAS MIXDORF |
| DEMARCUS GORDON | JOHN CHILDERS | MICHAEL KAEDING | THOMAS ORRIS |
| DENIS RISCHARD | JOHN DAMES | MICHAEL MOODY | TIMOTHY FAGAN |
| DENNIS DOBBELS | JOHN DIXON | MICHAEL O'ROURKE | TIMOTHY GARDNER |
| DENNIS GRABER | JOHN MCDAVID | MICHAEL TERWILLIGER | TIMOTHY UEBER |
| DENNIS SULLIVAN | JOHN OSTOJIC | MURRAY ABOWITZ | VANI SINGHAL |
| DEREK SMITH | JOMARIE FREDERICKS | NEIL SOLOMON | WILLIS HUIRAS |
| DEVLIN SCHOOP | JOSEF HORTER | NICHOLAS NEIERS | ZANE LUCAS |
| | | NICOLE BEHNEN | ZENAIDA FALCON |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DOUGLAS PROCHNOW | KENT PLOTNER | ROBERT MCCOY |
| AHNDREA VANDENELZEN | DREW ODUM | KEVIN KNIGHT | ROBERT PISANI |
| ALLEN VAUGHAN | EDWARD CASMERE | KIMBERLY SARFF | ROBERT RILEY |
| AMANDA SUMMERLIN | EDWARD CRANE | KIRK HARTLEY | ROBERT SANDS |
| AMIEL GROSS | EDWARD MACCABE | KNIGHT ANDERSON | ROBERT SCHROEDER |
| ANDREW DETHERAGE | EDWARD MCCAMBRIDGE | KRISTINA LEMANSKI | ROBERT SPINELLI |
| BARRY SHORT | ERIC CARLSON | KURT REITZ | ROBERT SPITKOVSKY |
| BASIL DISIPIO | G. BRUCH | KURTIS REEG | ROGER HEIDENREICH |
| BRETT LARSEN | GARY SMITH | LANCE MUELLER | RONALD HACK |
| BRUCE CLARK | GERMAINE WILLETT | LAURIE MCLEROY | RUSSELL KLINGAMAN |
| BRYAN SKELTON | GREGORY COCHRAN | LAURIE RANDOLPH | RUSSELL SCOTT |
| C. DOUGLAS | GREGORY LYONS | LISA DILLMAN | SANJAY SHIVPURI |
| C. EVERT | HOWARD MORRIS | MAJA EATON | SARAH PAGELS |
| CARMEN ANDERSON | J. BRADLEY | MARGARET FOSTER | SCOTT SIMPKINS |
| CAROL ZUCKERMAN | JAMES BOYERS | MARK FELDMANN | SCOTT THOMSEN |
| CATHERINE MOHAN | JAMES CARTER | MARK TIVIN | SEAN SHEEHAN |
| CHRISTI JONES | JAMES MORRISON | MARY ANN HATCH | SHAWANE LEE |
| CHRISTOPHER BANASZAK | JAMES MURRAY | MARY GAY | SHEILA BIRNBAUM |
| CHRISTOPHER LARSON | JAMES NIQUET | MATTHEW FISCHER | STEPHEN JENKINS |
| CHRISTOPHER LEE | JAMIE YADGAROFF | MATTHEW JARDINE | STEPHEN SCHWARTZ |
| CHRISTOPHER P.BANASZAK | JASON KENNEDY | MEGAN MURRAY | STEVEN CARLSON |
| CLARE MAISANO | JASON RUBIN | MICHAEL ANTIKAINEN | STEVEN KIRSCH |
| CLARE RUSH | JEFFREY HEBRANK | MICHAEL BERGIN | SUSAN MEHRINGER |
| CONNIE POSTELLI | JENNIFER BLACKWELL | MICHAEL CASCINO | TEIRNEY CHRISTENSON |
| CRAIG LILJESTRAND | JENNIFER KALAS | MICHAEL DENNING | THOMAS GILLIGAN |
| CYNTHIA LOCKE | JENNIFER STUDEBAKER | MICHAEL DRUMKE | THOMAS GONZALEZ |

**E-MAILED(con't):**

| | | | |
|---|---|---|---|
| DANIEL DONAHUE | JOHN BABIONE | MICHAEL ROSENBERG | THOMAS HAYES |
| DANIEL LONG | JOHN CANONI | MICHAEL TRUCCO | THOMAS KERNELL |
| DANIEL MANNA | JOHN FONSTAD | MITCHELL MOSER | THOMAS SCHRIMPF |
| DANIEL MCGRATH | JOHN FRANKE | NICHOLAS NIZAMOFF | THOMAS TARDY |
| DANIEL MULHOLLAND | JOHN HELLER | OLLIE HARTON | TIMOTHY KAPSHANDY |
| DANIEL O'CONNELL | JOHN KUROWSKI | PATRICK LAMB | TIMOTHY KRIPPNER |
| DANIEL TRACHTMAN | JOHN LAFFEY | PATRICK STUFFLEBEAM | TIMOTHY MURPHY |
| DAVID DOGAN | JOHN SEEBOHM | PAUL O'FLAHERTY | TIMOTHY PAGEL |
| DAVID FANNING | JOHN SON | PAUL WOJCICKI | TIMOTHY PIKE |
| DAVID HENDRICKSON | JOHN WALLER | PETER MARKS | TOBIN TAYLOR |
| DAVID SETTER | JON FREDRICKSON | PETER MCKENNA | TRACY COWAN |
| DAVID TEMPLE | JON GOLDWOOD | RAYMOND FOURNIE | TREVOR WILL |
| DAVID YBARRA | JONATHAN MATTINGLY | RAYMOND MODESITT | W. SIESENNOP |
| DENNIS CANTRELL | JONATHAN PARRINGTON | REED SUGG | WALTER WATKINS |
| DONALD CARLSON | JOSHUA LEE | RENEE MORTIMER | WILLIAM CROKE |
| DONALD ORZESKE | JULIE HOWIE | RICHARD LAUTH | WILLIAM MAHONEY |
| DOUGLAS KING | KATHRYN DOWNEY | RICHARD RIEGNER | WILLIAM MILLS |
| | KAYCE GISINGER | ROBERT LONG | WILLIS TRIBLER |