**Svatek v. A C and S Inc., et al. | PA-ED No. 11-CV-64036| Civil Action No. MDL-875**

Product Evidence Chart[1]

| Product | Liable defendant | Location of exposure | Date(s) of exposure | Fact witnesses re: Defendant's liability | Expert Witnesses re: Defendant's liability | Other evidence re: Defendant's liability[2] |
|---|---|---|---|---|---|---|
| Kaylo preformed pipe covering | Owens-Illinois, Inc. | Manitowoc Shipyard Manitowoc, WI | 1953-1955 | James Sauer<br>Dr. Alvin Schonfeld | Dr. Henry Anderson<br>Stephen Kenoyer<br>Kenneth Garza | Plaintiff's Responses to Standard Interrogatories 10-1-2012 (Ex 1)<br>Pathology Report 9-23-2004 (Ex 2)<br>Cyril Svatek Death Certificate (Ex 3)<br>Causation Report of Dr. Alvin Schonfeld 10-17-2007 (Ex 4)<br>Declaration of James Sauer (Ex 6)<br>O-I's Responses to Interrogatories and RFPs in *Winnemueller v. BSIS* 12-11-2006 (Ex 23)<br>Medical Records of Cyril Svatek (Aurora Medical Center) (Ex 15)<br>*See attached evidence chart re: Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causation 2/3/12* |

1. Conforms to the chart in Ex. B to order dated 9/17/13.  Information is limited to what was relied upon in response to defendants' motions for summary judgment, as required by the footnote referenced in the order.
2. Exhibit numbers refer to those used in Plaintiff's Response to O-I's Motion for Summary Judgment.

**Svatek v. A C and S Inc., et al. | PA-ED No. 11-CV-64036 | Civil Action No. MDL-875**

**Defense Evidence Chart[1]**

| Defense | Defendant(s) Raising/Asserting Defense | Fact Witnesses re: Defense | Expert Witnesses re: Defense | Other Evidence re: Defense[2] |
|---|---|---|---|---|
| "Owens-Illinois is entitled to summary judgment on any unpled allegation of cancer" | Owens-Illinois, Inc. | Dr. Alvin Schonfeld | | AO12 Submission of Cyril Svatek (Ex 11) <br> Plaintiff's Responses to Standard Interrogatories 2-21-2011 (Ex 12) <br> Svatek Docket Report (Ex 13) <br> Aurora Medical Center Records of Cyril Svatek (Ex 15) <br> Owens-Illinois Responses to Interrogatories in *Winnemueller* 12-11-2006 (Ex 23) |

1. Conforms to the chart in Ex. B to order dated 9/17/13.  Information is limited to what was relied upon in response to defendants' motions for summary judgment, as required by the footnote referenced in the order.
2. Exhibit numbers refer to those used in Plaintiff's Response to O-I's Motion for Summary Judgment.

**Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causation Law 2/3/12**

Evidence Chart

| Product | Liable Defendant | Location of Exposure | Date(s) of Exposure | Fact Witnesses re: Defendant's Liability | Expert Witnesses re: Defendant's Liability | Other Evidence re: Defendant's Liability |
|---|---|---|---|---|---|---|
| | | | | | Arthur Frank, M.D.<br><br>Henry Anderson, M.D.<br><br>Carlos Bedrossian, M.D. | A. Tossavainen, "Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution," 23(4) Scand. J. Work, Envir't. & Health 311 at 314 (1997) [Ex. 1]<br>U. S. Environmental Protection Agency, Toxic Information Series: Asbestos (April 1980) [Ex. 2]<br>U. S. EPA and NIOSH, Building Air Quality, Appendix D: Asbestos (1991) [Ex. 3]<br>World Health Organization position on asbestos, 5 May 2006 letter from Susanne Weber-Mosdorf to Professor Joseph LaDou [Ex. 4]<br>Dr. Arthur Frank, 25 Jan. 2012 Deposition, rough draft transcript (excerpts) [Ex. 5]<br>Dr. Henry Anderson, 19 September 2011 report re Lloyd Anderson [Ex. 6]<br>Dr. Carlos WM. Bedrossian, 17 October 2011 report re Paul Gehrt [Ex. 7]<br>Dr. Arthur Frank, 25 Jan. 2012 Deposition, certified transcript [Ex. 8] |