IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.   MDL 875 |
| Greta Svatek, Individually and as Special Administrator for the Estate of Cyril Svatek, Deceased,<br><br>                    Plaintiff,<br>     v.<br><br>AC&S Inc., et al.,<br><br>                    Defendants. | E.D. PA Case No. 11-CV-64036<br><br>*Transferred from E.D. WI 00-0881* |

**Stipulation of Dismissal of Defendant Owens-Illinois Inc.**
_____

Plaintiff and Defendant Owens-Illinois, Inc., by their respective counsel, hereby stipulate and agree that defendant Owens-Illinois, Inc. may be dismissed from this action with prejudice with each party to bear its own costs and that an order may be entered to this effect without further delay.

Dated: December 6, 2013

| | |
|---|---|
| /S/ Michael P. Cascino<br>Michael P. Cascino<br>Attorney for Plaintiff<br>Cascino Vaughan Law Offices, Ltd<br>220 S. Ashland Ave.<br>Chicago, IL 60607<br>Phone: 312.944.0600<br>Email: ecf.cvlo@gmail.com | /S/ Brian O. Watson (*with permission*)<br>Brian O. Watson<br>Attorney for Defendant Owens-Illinois Inc.<br>Schiff Hardin LLP<br>233 S. Wacker Dr., Ste. 6600<br>Chicago, IL 60606<br>Phone: 312.258.5845<br>Email: bwatson@schiffhardin.com |

_____

**SO ORDERED.**

Dated:_____          _____
                                                                          Hon. Eduardo C. Robreno
                                                                          U.S. District Court Judge